Robert F. Varady, Esq.
*N.J. Attorney I.D. #022421977*
LA CORTE, BUNDY, VARADY & KINSELLA
989 Bonnel Court
Union, NJ 07083
(908) 810-0500
Attorneys for Defendants, James Garrison, Raymond Wegrzynek, John P. Basich, Linden Police Department and City of Linden

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| RAYVON LEVERETTE,<br><br>Plaintiff,<br><br>v.<br><br>JAMES GARRISON, individually and JAMES GARRISON, in his capacity as a Police Officer with the City of Linden's Police Department; RAYMOND WEGRZYNEK, individually and RAYMOND WEGRZYNEK, in his capacity as a Police Officer with the City of Linden's Police Department; JOHN P. BASICH, individually AND JOHN P. BASICH, in his capacity as a police Officer with the City of Linden's Police Department; LINDEN POLICE DEPARTMENT; CITY OF LINDEN; JOHN DOE INDIVIDUALS (1-100), (in their individual and official capacities); ABC PUBLIC ENTITIES (1-100); DEF PRIVATE ENTITIES (1-100).<br><br>Defendants. | Civil Action No.: 2:21-cv-03126<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL AS TO CITY OF LINDEN POLICE DEPARTMENT** |

**THIS MATTER** in difference in the above-entitled action having been amicably adjusted by and between the Plaintiff, Rayvon Leverette and Defendants, James Garrison, Raymond Wegrzynek, John P. Basich, and City of Linden, it is hereby stipulated and agreed that the same be and it is hereby dismissed without prejudice.

1

| | |
|---|---|
| Sheffet & Dvorin, P.C. | LaCorte, Bundy, Varady & Kinsella |
| By: _/s/ Ethan Jesse Sheffet_<br>Ethan Jesse Sheffet, Esq.<br>Attorney for Plaintiff | By: ____s/Robert F. Varady____<br>Robert F. Varady, Esq.<br>Attorney for Defendant |

Dated: March 30, 2021